# EXHIBIT "B"

## Lindsay Liebman

| | |
|---|---|
| **From:** | Joan Raughley [jraughley@consumerslaw.com] |
| **Sent:** | Wednesday, June 13, 2012 3:59 PM |
| **To:** | Lindsay Liebman |
| **Cc:** | Andy Milz |
| **Subject:** | Sacks v. DJA Automotive LLC d/b/a Kia of West Chester |

Ms. Liebman – Attached please find Amended Subpoena to CarFax representative for Wednesday, June 20, 2012 at 11:00 a.m. at the office of O'Toole, Rothwell, 1350 Connecticut Avenue NW, Suite 200, Washington, DC.

Joan M. Raughley
Legal Assistant to Andrew M. Milz
Flitter Lorenz, P.C.

450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782
Fax (610) 667-0552
Email: jraughley@consumerslaw.com

525 Route 73 South, Suite 200
Marlton, NJ 08053-9644
(856) 396-0600
Fax (855) 839-5035

This email, and any attachment thereto, is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client or any other privilege. If you receive this communication in error, please immediately notify this firm and permanently delete the original, any copy, and any printout of this email.

To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax related penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any tax related matters addressed herein, unless expressly stated otherwise.